Filing # 56381663 E-Filed 05/12/2017 03:22:11 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA

DEANNA PUGLIESE,                      CASE NO:

       Plaintiff,

v.

TEXAS ROADHOUSE, INC., a Foreign Profit
Corporation,

       Defendant.
_____/

## COMPLAINT

Plaintiff, DEANNA PUGLIESE, by and through her undersigned attorneys, sues the Defendant, TEXAS ROADHOUSE, INC., a Foreign Profit Corporation, and states as follows:

1) This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, Plaintiff, DEANNA PUGLIESE, was a natural person residing in Summerfield, Marion County, Florida.

3) At all times material to this action, Defendant, TEXAS ROADHOUSE, INC., was a Foreign Profit Corporation licensed to do business and with a location in Lady Lake, Lake County, Florida.

4) At all times material to this action, Defendant, TEXAS ROADHOUSE, INC., was in possession and control of a restaurant establishment located at 745 N. Hwy. 27/441, Lady Lake, FL 32159.

5) On or about March 19, 2016, while Plaintiff, DEANNA PUGLIESE, was lawfully on Defendant's premises located at the above address as a business invitee, Plaintiff, DEANNA PUGLIESE, slipped on a transitory substance, and, as a consequence, Plaintiff, DEANNA PUGLIESE, sustained severe bodily injury.

6) Defendant, TEXAS ROADHOUSE, INC., had a duty to its invitees, including Plaintiff, DEANNA PUGLIESE, to maintain its premises, including the floors, in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which the Defendant knew or reasonably should have known through the exercise of reasonable care.

7) At the above time and place, Defendant, TEXAS ROADHOUSE, INC., breached its duties owed to Plaintiff, DEANNA PUGLIESE, by committing one or more of the following omissions or commissions:

   a. Negligently failing to maintain or adequately maintain the floor, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff.

   b. Negligently failing to inspect or adequately inspect the cleanliness of the floor, as specified above, to ascertain whether the transitory substance on the floor constituted a hazard to pedestrians utilizing said floor, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff;

   c. Negligently failing to warn or adequately warn Plaintiff of the danger of the transitory substance on the floor, when the Defendant knew or through exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of the same; and

   d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the transitory substance on Defendant's premises, when this condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8)  As a direct and proximate result of the negligence of Defendant, TEXAS ROADHOUSE, INC., Plaintiff, DEANNA PUGLIESE, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions.  These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, DEANNA PUGLIESE, sues Defendant, TEXAS ROADHOUSE, INC., for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury by all issues so triable.

### DEMAND FOR JURY TRIAL

Plaintiff, DEANNA PUGLIESE, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this 12th day May, 2017.

/s/ Jason P. Herman
Jason P. Herman, Esquire
Florida Bar No.: 149357
Matthew H. Wolfe, Esquire
Florida Bar No.: 121737
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407)203-6580
Fax: (407)203-6580
Attorneys for Plaintiff
Jason.Herman@newlinlaw.com
Matthew.Wolfe@newlinlaw.com
Marlene.Zervos@newlinlaw.com
Evelyn.Manzueta@newlinlaw.com