**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DEANNA PUGLIESE,**

      **Plaintiff,**

**v.**                                                                 **Case No: 5:17-cv-392-Oc-PRL**

**TEXAS ROADHOUSE HOLDINGS**
**LLC,**

      **Defendant.**

_____

**ORDER**

The Court has been advised by the Notice of Settlement (Doc. 57) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.   All pending motions are **DENIED** as moot. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Ocala, Florida on December 18, 2018.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties